UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Beth and Douglas Stewart, on behalf of themselves as parents and natural guardians and their minor sons, Alexander and Levi Stewart,

Plaintiffs,

v.

John Alden Life Insurance Company and Fortis Insurance Company,

Defendants.

Court File No. 00-CV-1915 DWF/AJB

**STIPULATION TO AMEND THE COMPLAINT**

---

Pursuant to Fed. R. Civ. P. 15 (a), the parties in this matter agree and Stipulate to the amendment of the Complaint as attached hereto as Exhibit A.

Dated: December 14, 2000

LOMMEN, NELSON, COLE & STAGEBERG, P.A.

BY ______________________

Ronald L. Haskvitz, I.D. No. 4202X
Sheila A. Bjorklund, I.D. No. 23722X
Attorneys for Plaintiffs
1800 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 339-8131
FAX: (612) 339-8064

FEB 05 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 1/22, 2000

MURNANE, CONLIN, WHITE & BRANDT

BY [signature] for (247698)

Thomas Gilligan, Jr., I.D. No. 202150
Attorney for Defendants
1800 Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101
(651) 227-9411
FAX: (651) 223-5199

Doc. #: 77181

**ORDER TO AMEND THE COMPLAINT**

Pursuant to the Stipulation to Amend the Complaint between the parties as completed above,

IT IS HEREBY ORDERED that Plaintiffs be allowed to amend the complaint.

Dated: 2/5, 2001

BY THE COURT

Judge of United States District Court

Doc. #: 77181