**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

BETH STEWART,
DOUGLAS STEWART,
ALEXANDER STEWART,
LEVI STEWART,

Civil No. 00-1915 (DWF/AJB)

Plaintiffs,

v.

**ORDER OF DISMISSAL**

JOHN ALDEN LIFE INSURANCE COMPANY,
FORTIS INSURANCE COMPANY,

Defendants.

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: March 16, 2001

DONOVAN W. FRANK
United States District Court Judge

Filed MAR 19 2001
Francis E. Dosal, Clerk
Judgment Entered __________
Deputy Clerk's Initials __________